IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,            )<br>                                              )<br>              Plaintiff,              )<br>                                              )<br>      vs.                                  )<br>                                              )<br> Evan BradlyTwo Bears,         )<br>                                              )<br>              Defendant.          ) | **ORDER**<br><br>Case No. 1:21-cr-206 |

On November 1, 2021, the court issued an order releasing defendant subject to a number of conditions, one of which restricted him to his residence at all times except for: employment; education, religious services, medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer. (Doc. No. 18).

Defendant subsequently executed a plea agreement and on September 20, 2022, entered a guilty plea to the offense charged in Count One of his Indictment. (Doc. Nos. 29, 35). His sentencing hearing is currently scheduled for December 12, 2022.

On October 26, 2022, defendant filed a motion requesting the court to temporarily amend his release conditions. (Doc. No. 38). Defendant's parents have secured tickets to a Minnesota Vikings home game on November 20, 2022. Defendant requests that the court temporarily modify his release conditions to permit him to travel with his parents to Minneapolis from November 18-21, 2022, so that he can attend the game.

The court appreciates that defendant has been on release for almost one year without any reported issues. The court also finds it noteworthy that defendant was allowed to remain out on

release following his change of plea hearing. Finally, the court notes that defendant will be in the company of his parents when traveling. Given these circumstances, the court is inclined to authorize defendant's travel out-of-state.

Defendant's motion (Doc. No. 38) is **GRANTED**. Defendant conditions of release are temporarily modified to permit to travel to Minneapolis from November 18-21, 2022.

**IT IS SO ORDERED.**

Dated this 27th day of October, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
